1  Elisabeth A. Madden, Esq. (SBN 131172)
   LYNCH, GILARDI & GRUMMER
2  A Professional Corporation
   170 Columbus Avenue, 5th Floor
3  San Francisco, CA 94133
   Telephone:    (415) 397-2800
4  Facsimile:    (415) 397-0937
   Email: emadden@lgglaw.com
5
   Susan W. Furr, La. Bar Roll No. 19582
6  II City Plaza
   400 Convention Street • Suite 1100
7  Baton Rouge, Louisiana 70802-5618
   P.O. Box 4412
8  Baton Rouge, Louisiana 70821-4412
   Telephone: (225) 346-0285
9  Facsimile: (225) 381-9197
   *admitted pro hac vice*
10
   Attorneys for Defendant
11 FleetCor Technologies Operating Co., LLC

12                    UNITED STATES DISTRICT COURT
13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 TRISHA DIXSON,                    | Case No. 3:15-CV-02595-EDL
15        Plaintiff,                 | **ASSIGNED TO MAGISTRATE ELIZABETH LAPORTE**
16 v.                                |
                                     | **STIPULATION AND [PROPOSED] ORDER TO ALLOW AN EXTENSION OF TIME TO FILE AND SERVE THE JOINT PRE-TRIAL STATEMENT**
17 FLEETCOR TECHNOLOGIES
   OPERATING COMPANY, LLC.,
18        Defendants.
19                                   | **Trial Date: September 5, 2017**
20

21  **STIPULATION TO EXTEND TIME TO FILE THE JOINT PRE-TRIAL STATEMENT**

22       WHEREAS; the Joint Pre-Trial Statement is presently scheduled to be filed and served on

23  July 26, 2017, and the parties are participating in a settlement conference on August 8, 2017 and are

24  seeking to avoid any additional potentially unnecessary expenses;

25       IT IS HEREBY STIPULATED, by and through the undersigned counsel for Plaintiff

26  TRISHA DIXSON and Defendant FLEETCOR TECHNOLOGIES OPERATING CO., LLC, that

27  the Joint Pre-Trial Statement shall be filed and served on Monday, August 14th or on such other date

28  ///

selected by this Court. The parties are also amenable to a later date for the Pre-Trial Conference if this Court finds that appropriate under the circumstances.

**IT IS SO STIPULATED.**

DATED: July 19, 2017

GOMEZ LAW GROUP

By _____
Alvin M. Gomez, Esq.
Attorneys for Plaintiff
Trisha Dixson

DATED: July 19, 2017

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By _____
Elisabeth A. Madden, Esq.
Attorneys for Defendant
Fleetcor Technologies Operating Company LLC

**ORDER** AS MODIFIED

BASED ON THE FOREGOING STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED, as follows: The parties shall serve and file the Joint Pre-Trial Statement and related trial documents no later than August ~~14~~ 11, 2017.

**IT IS SO ORDERED.**

Dated: July 20, 2017

_____
Hon. Elizabeth D. Laporte
United States District Judge

292313