# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TRISHA DIXSON,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES INC., FLEETCOR TECHNOLOGIES OPERATING COMPANY LLC., and DOES 1 through 20,<br><br>Defendant. | CASE NO.: 3:15:CV:02595 EDL<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
|---|---|

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The parties' Stipulation to Dismiss the entire action with prejudice is GRANTED.  This case as to all Defendants is hereby dismissed with prejudice, and that all parties should and will bear their own attorneys' fees and costs of suit, in accordance with the terms of the Agreement between the Parties.

DATED:  ~~October 31, 2017~~
             November 2, 2017

_____
Hon. Elizabeth D. Laporte
United States District Judge

1